[No. 10024-6-I.   Division One.   January 23, 1984.]

THE STATE OF WASHINGTON, *Respondent*, v. JOHN N. LEINGANG, *Appellant*.

Appeal from a judgment of the Superior Court for King

County, No. 80-8-02882-2, Stanley Stone, J. Pro Tem., entered February 20, 1981. *Affirmed* by unpublished opinion per Williams, J., concurred in by Callow and Andersen, JJ.